# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**220**

**CA 13-01412**

PRESENT: SMITH, J.P., FAHEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF THE FORECLOSURE OF 2009 TAX
LIENS BY PROCEEDINGS IN REM PURSUANT TO ARTICLE
11 OF THE REAL PROPERTY TAX LAW BY LEWIS COUNTY,
PETITIONER-RESPONDENT.

------------------------------------------------------            ORDER

NIAGARA MOHAWK POWER CORPORATION,
DOING BUSINESS AS NATIONAL GRID,
RESPONDENT-APPELLANT.

---

HISCOCK & BARCLAY, LLP, ALBANY (BELLA S. SATRA OF COUNSEL), FOR
RESPONDENT-APPELLANT.

RICHARD J. GRAHAM, COUNTY ATTORNEY, LOWVILLE, FOR
PETITIONER-RESPONDENT.

---

Appeal from an amended order of the Supreme Court, Lewis County
(Charles C. Merrell, A.J.), entered October 18, 2012 in a proceeding
pursuant to RPTL article 11.  The amended order, among other things,
denied respondent's motion to vacate in part a default judgment.

It is hereby ORDERED that the amended order so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at Supreme Court.

Entered:  March 21, 2014                          Frances E. Cafarell
                                                   Clerk of the Court